# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**409**

**CA 10-00841**

PRESENT: SCUDDER, P.J., PERADOTTO, LINDLEY, AND GREEN, JJ.

---

HARRIET C. BOARDMAN, PLAINTIFF-APPELLANT,

V                                                                          ORDER

CHURCH OF THE TRANSFIGURATION,
DEFENDANT-RESPONDENT.
(APPEAL NO. 1.)

---

MICHAEL A. ROSENHOUSE, ROCHESTER, FOR PLAINTIFF-APPELLANT.

CHARLES A. HALL, ROCHESTER, FOR DEFENDANT-RESPONDENT.

-------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Monroe County (David Michael Barry, J.), entered June 27, 2009. The order granted the motion of defendant for summary judgment dismissing the amended complaint.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also* CPLR 5501 [a] [1]).

Entered:  March 25, 2011                                    Patricia L. Morgan
                                                           Clerk of the Court